# Court of Appeals
# of the State of Georgia

ATLANTA, April 03, 2018

*The Court of Appeals hereby passes the following order*

**A18D0353. JOHN W. OXENDINE et al. v. GOVERNMENT TRANSPARENCY &
CAMPAIGN FINANCE COMMISSION.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be
hereby DENIED.

LC NUMBERS:

2017CV294672



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 03, 2018.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*